**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Wayne Cook, | No. CV-12-08110-PCT-RCB |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| Charles L. Ryan, et al., | **O R D E R** |
| Respondents. | |

Petitioner having been executed on August 8, 2012,

**IT IS ORDERED** that the Motion to Alter or Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. 7) is **DENIED AS MOOT**.

DATED this 11th day of September, 2012.

_____
Robert C. Broomfield
Senior United States District Judge