**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Wayne Cook,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-12-08110-PCT-RCB<br><br>DEATH PENALTY CASE<br><br><br>**O R D E R** |

Petitioner having been executed on August 8, 2012,

**IT IS ORDERED** that the Motion to Alter or Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. 7) is **DENIED AS MOOT**.

DATED this 11th day of September, 2012.

_____
Robert C. Broomfield
Senior United States District Judge